IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, G27511, | ) |
| Petitioner(s), | ) No. C 16-0742 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL |
| SACRAMENTO COUNTY COURT, et al., | ) (Dkt. #3) |
| Respondent(s). | ) |

Petitioner, a prisoner at Pelican Bay State Prison (PBSP), has filed a pro se petition for a writ of habeas corpus "challeng[ing] Sacramento County Court's abuse of discretion to pervert and abuse justice." Pet. at 3. Among other things, petitioner alleges that the state court clerk interfered with his rights of access to the courts and to petition the government for redress. Petitioner also seeks leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

Based solely on his affidavit of poverty, petitioner's request to proceed IFP (dkt. #3) is GRANTED. But the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a prisoner civil rights complaint under 42 U.S.C. § 1983.

It is well established in the Ninth Circuit that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge to a prison condition or other event will not necessarily shorten the prisoner's sentence. Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).

1   The clerk shall send petitioner a prisoner civil rights complaint form, enter
2   judgment in accordance with this order, terminate all pending motions as moot,
3   and close the file.
4   SO ORDERED.
5   DATED:  Feb. 25, 2016
          _____
6                                          CHARLES R. BREYER
                                           United States District Judge

G:\PRO-SE\CRB\HC.16\Turner, A.16-0742.dismissal.wpd

2